476 A.2d 66

Kaminsky v. Grabel, Appellant.

Argued May 18, 1983. Leonard Grabel, appellant, in propria persona; Franklin A. Wurman, for appellee.

Before BROSKY, BECK and HESTER, JJ.

Order affirmed.